IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

LUFKIN DIVISION

| | | |
|---|---|---|
| YSIDRO VALENCIA | § | |
| VS. | § | CIVIL ACTION NO. 9:13-CV-212 |
| BRAD LIVINGSTON, ET AL. | § | |

### ORDER OVERRULING PLAINTIFF'S OBJECTIONS AND ADOPTING THE MAGISTRATE JUDGE'S REPORTS AND RECOMMENDATIONS

Plaintiff Ysidro Valencia, a prisoner previously confined at the Eastham Unit of the Texas Department of Criminal Justice, Correctional Institutions Division, proceeding *pro se*, filed this civil rights action pursuant to 42 U.S.C. § 1983.

The court ordered that this matter be referred to the Honorable Keith F. Giblin, United States Magistrate Judge, at Beaumont, Texas, for consideration pursuant to applicable laws and orders of this court. The Magistrate Judge recommends denying plaintiff's motions for default judgment.

The court has received and considered the Reports and Recommendations of United States Magistrate Judge, along with the record and the pleadings. Plaintiff filed objections to the Magistrate Judge's Reports and Recommendations. Plaintiff also filed a motion to reconsider his motion for default judgment.

The court has conducted a *de novo* review of the objections in relation to the pleadings and the applicable law. *See* FED. R. CIV. P. 72(b). After careful consideration, the court concludes the objections are without merit.

**ORDER**

Accordingly, plaintiff's objections (document nos. 32 and 40) are **OVERRULED**. The findings of fact and conclusions of law of the Magistrate Judge are correct, and the reports of the Magistrate Judge (document nos. 24 and 34) are **ADOPTED**. Plaintiff's motions for default judgment (document nos. 18 and 33) are **DENIED**. Plaintiff's motion to reconsider his motion for default judgment (document no. 26) is **DENIED**.

So **ORDERED** and **SIGNED** this **30** day of **September, 2014.**

_____
Ron Clark, United States District Judge